# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN F. KODENKANDETH,                    :    No. 15 WM 2022
:
             Petitioner                :
:
:
:
         v.                                    :
:
:
:
DANIEL MCNABB, OWNER, T/D/B/A SHOP        :
'N SAVE, JAMES A. SORBARA AND            :
CHRISTINE A. SORBARA, LANDLORD, IN       :
PERSONAM AND IN REM, INDIVIDUALLY        :
AND SEVERALLY, IN SOLIDO,                :
:
:
         v.                                    :
:
:
:
YOUGHIOGHENY VALLEY SPECIALTY            :
SERVICES, LLC, YOUGHIOGHENY             :
VALLEY SPECIALTY SERVICES,               :
:
            Respondents               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of July, 2022, the "Petition for Review," the "Application for Special Relief for Leave to File Reply Brief," and the Applications to Strike are DENIED.